UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- X

SCOTT WILCOX, Individually and as Administrator of          **CIVIL ACTION NO.**:
the Estate of JENNA WILCOX,                                 **13- CV- 01117 RJA/JJM**

                              Plaintiffs,

                                                            **NOTICE OF MOTION**

          -against-

YOKOHAMA TIRE USA,
YOKOHAMA RUBBER COMPANY, LTD.,
LES SCHWAB TIRE CENTERS,
THE AUTO STORE,

                              Defendants.

------------------------------------------------------------------------- X

      **PLEASE TAKE NOTICE** that, upon the annexed Declaration of Michael H. Bai, Esq.,

the Exhibits attached thereto, including the Declaration of Thomas Griffing, and accompanying

Memorandum of Law and all papers and pleadings in this action, Defendant YOKOHAMA

TIRE CORPORATION improperly named as Yokohama Tire USA will move this Court before

the Honorable Richard J. Arcana on a date and time to be determined by the Court, for an Order

pursuant to Federal Rules of Civil Procedure 12(b)(3) and 12(b)(6) dismissing the complaint as

against Yokohama Tire Corporation for improper venue and failure to state a claim upon which

relief can be granted, and in the alternative, for a more definite statement pursuant to Federal

Rule of Civil Procedure 12(e), together with such other and further relief as this Court may deem

just, proper and equitable.

      **PLEASE TAKE FURTHER NOTICE** that pursuant to Rule 7(a) of the Local Rules of

Civil Procedure, this Defendant intends to file and serve reply papers.  Absent an Order of the

Court, plaintiff is required to serve and file responding papers, if any, fourteen days after service of this motion.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested.

**WHEREFORE**, for the reasons set forth in Defendant's Memorandum of Law in support of this Motion, Defendant respectfully requests that the Court dismiss the plaintiff's Complaint as a matter of law, and that it grant such other relief as the Court deems equitable and just.

Dated:  New York, NY
       January 29, 2014

                                 Respectfully submitted,

                    LITTLETON JOYCE UGHETTA PARK & KELLY LLP

By:_____
                  Michael H. Bai, Esq.
                  Attorneys for Defendant
                  Yokohama Tire Corporation
                  39 Broadway, 34th Floor
                  New York, NY 10006
                  E-Mail:    michael.bai@littletonjoyce.com
                  Tel:        (212) 404-5777
                  Fax:        (212) 232-0088

## CERTIFICATE OF SERVICE

I certify that on January 29, 2014, that the foregoing document and accompanying exhibits were filed and uploaded to the CM/ECF system which will send a notice of electronic filing to the following:


Hogan Willig, PLLC
Attorneys for Plaintiff
2410 North Forest Road, Suite 301
Amherst, NY 14068
(716) 636-7600

Woods Oviatt Gilman LLP
Attorneys for Les Schwab Tire Centers of Washington, Inc.
700 Crossroads Building
2 State Street
Rochester, NY 14614
(585) 987-2800


By: _____
　　　　Michael H. Bai